UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

CASE NO: 19-CV-12009

FRED J. SHELIDE, MARIE T. YADEN,
MACOMB OAKLAND GUARDIANSHIP,
INC, AS GUARDIAN FOR JOSEPH
SHELIDE and RENEE BAILEY,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate R. Steven Whalen pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1 for a settlement conference to determine the distribution of the life insurance funds that is bring held in the Court's Registry.

In his report filed on February 18, 2020, the magistrate judge recommends, two-fifths of the funds, including any accrued interest, will be paid to Renee Bailey. One-fifth of the funds will be paid to Fred J. Shelide; one-fifth to the Macomb Oakland Guardianship, on behalf of and for the benefit of Joseph F. Shelide; and one-fifth to Marie T. Yaden.

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED for the reasons stated in the Magistrate Judge's Report and Recommendation, The Clerk of the Court is directed to immediately disburse the funds in the Registry in accordance with the terms of the settlement. Two-fifths of the funds, ($5094.43) including 100% of the accrued interest, will be paid to Renee Bailey, 1545 Woodward Ave, Apt 512, Detroit, MI 48226. One-fifth of the funds ($2547.22) will be paid to Fred J. Shelide 23304 Elaine St, St. Clair Shores, MI 48080; one-fifth of the funds ($2547.22) to the Macomb Oakland Guardianship, on behalf of and for the benefit of Joseph F. Shelide c/o James W. Stark, 16200 Nineteen Mile Rd, Clinton Twp, MI 48038; and one-fifth of the funds ($2547.22) to Marie T. Yaden 35333 Lucinda Drive, Clinton Twp., Mi 48035.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

  S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2020

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 20, 2020, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522