UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

Case No: 19-CV-12009

FRED J. SHELIDE, MARIE T. YADEN,
MACOMB OAKLAND GUARDIANSHIP, INC.,
AS GUARDIAN FOR JOSEPH SHELIDE and
RENEE BAILEY,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's " Order Adopting the Magistrate Juge's Report and Recommendation" dated March 20, 2020,

**IT IS ORDERED AND ADJUDGED** that the judgment is entered and the Complaint is Dismissed with Prejudice.

Dated at Detroit, Michigan, this 20th day of March, 2020.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/Lisa Wagner
    Deputy Clerk and
    Case Manager to
    Judge Robert H. Cleland